MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CARTEZ. K Howard
55062-039

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

F.B.O.P, Kevin, E Bryant,
Roy Cheatham

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No.
5:22-cv-42-RBD-PRL
(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
(check one)

FILED 2022 JAN 26 PM 11:08 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL. OCALA FLORIDA

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Carter Howard

        All other names by which you have been known:

        ID Number: 55062-039
        Current Institution: USP Coleman 2
        Address: P.O. Box 1034
        Coleman, FL 33521

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1

        Name: F.B.O.P
        Job or Title (if known):
        Shield Number:
        Employer: United States Government
        Address: N/A

        ☐ Individual capacity    ☒ Official capacity

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

- Name: Roy Cheatham
- Job or Title (if known): USP Coleman 2 Warden
- Shield Number:
- Employer: F.B.O.P
- Address: N/A

☐ Individual capacity  ☒ Official capacity

Defendant No. 3

- Name: Kevin E. Bryant
- Job or Title (if known): Deputy Director of F.B.O.P
- Shield Number:
- Employer: F.B.O.P
- Address: N/A

☐ Individual capacity  ☒ Official capacity

Defendant No. 4

- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:

☐ Individual capacity  ☐ Official capacity

3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The fbop is promoting homosexuality by catering to transgenders, exploiting there individuality with there beliefs to be as a women, letting them get hormone shots to transform there bodies to look like women. It's becoming a "discriminatory" issue to me as a straight man because I dont have a quarter of the same free will as transgenders. as a straight man I have been "deprived" of penetration magazines, Naked pictures of my girlfriend and conjugal visits. Being deprived of those things and the fbop promoting homosexuality I'm confused and suffering some real mental issues. Behind this

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.



N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.



N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.



They started in FDC Milan Around 6/17

C. What date and approximate time did the events giving rise to your claim(s) occur?



around 6/17

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The F bop is promoting homosexuality by Catering to transgenders. It's a "discriminitory" issue. I've become confused behind this, because I have been "deprived" of penetration magazines, naked pictures of my girlfriend, and conjugal visits. I've basically lost every thing to relief myself as a straight man and I'm suffering some serious mental issues behind this. Because these Transgenders are transforming to look like real women.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I'm becoming confused and suffering some real mental not normal issues behind what is being put in my face as far as the transgenders being molded to look like real women. I've spoken with psycology but was told my Issue is not serious. My Injuries are more mental. psycology refused to speak with me said it was a waist of time.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like for the Court to Award me $60 million in punitive Damages. Me as a straight man has been discriminated against by the Fbop by taking away the priveledge of me getting penetration magazines, and naked pictures of my girlfriend but, on the other hand letting transgenders excising there Sexuality by letting them get hormone shots to transform there bodies I feel discriminated against as a straight man the Fbop is promoting this and they should pay for the mental issues it has brought on to me.

8

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

I was in FDC Milan Federal Detention Center Milan

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

It only cover some part well yes the discrimination

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I first filed grievance In Administrative USP Thomson

2. What did you claim in your grievance?

I claimed that the Fbop was promoting homosexuality and discriminating against straight men

3. What was the result, if any?

in usp Thomson They Just threw it away but i filed here in Coleman usp 2 but it was "denied"

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

    4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I sent it to south east regional office in Atlanta it was denied then i sent it to washington DC which was the last step with the same results

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

### VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?


☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.


N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?


☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) 
        Defendant(s) N/A

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

    4.    Name of Judge assigned to your case

           _____

    5.    Approximate date of filing lawsuit

           _____

    6.    Is the case still pending?

           ☐    Yes

           ☐    No

           If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        ☐    Yes

        ☐    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)  _____

        Defendant(s)  _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

        _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

*(Fields 4–7 crossed out with "N/A")*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 19, 2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: CARTEZ Howard

Prison Identification #: 55042-039

Prison Address: P.O Box 1034

Coleman 2   ~~Coleman~~ FL   33521

City   State   Zip Code

Carter Howard 55062-039
Federal Correctional Complex
USP Coleman 2
P.O. Box 1034
Coleman, FL 33521

United States District Court
Office of the Clerk
207 NW Second St room 337
Ocala, Fl 34475

SCREENED By USMS